UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Whitney Anderson v. Bayer Corporation, et al.* | No. 12-cv-10879-DRH |
| *Amy Anthony v. Bayer Corporation, et al.* | No. 12-cv-10593-DRH |
| *Amber Bartell v. Bayer Corporation, et al.* | No. 12-cv-11079-DRH |
| *Shellie Burk v. Bayer Corporation, et al.* | No. 11-cv-13603-DRH |
| *Eileen Caldwell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13345-DRH |
| *Cara Casey, et al. v. Bayer Corporation, et al.* | No. 12-cv-10599-DRH |
| *Katherine Caygill v. Bayer Corporation, et al.* | No. 11-cv-12898-DRH |
| *Karen Curley, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10884-DRH |
| *Alexandra Grodzins, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10592-DRH |
| *Annette Hall v. Bayer Corporation, et al.* | No. 11-cv-12974-DRH |
| *Victoria Joye v. Bayer Corporation, et al.* | No. 11-cv-13343-DRH |
| *Nicole Lombardo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10820-DRH |
| *Janel Mahon v. Bayer Corporation, et al.* | No. 12-cv-10881-DRH |
| *Monique Matherne v. Bayer Corporation, et al.* | No. 11-cv-12649-DRH |
| *Lora McGraw v. Bayer Corporation, et al.* | No. 12-cv-10372-DRH |

| | |
|---|---|
| *Abigaile Miller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10609-DRH |
| *Emily Nuse v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13610-DRH |
| *Leticia Porcayo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10376-DRH |
| *Janine Rutkowski v. Bayer Corporation, et al.* | No. 12-cv-10880-DRH |
| *Julie Scanlan v. Bayer Corporation, et al.* | No. 12-cv-10382-DRH |
| *Tracy Stancil v. Bayer Corporation, et al.* | No. 12-cv-10883-DRH |
| *Dehinia Wiratunga v. Bayer Corporation, et al.* | No. 12-cv-10374-DRH |
| *Carla Sunderland, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10132-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on February 6, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

BY:   /s/*Sara Jennings*
**Deputy Clerk**

Dated:  February 7, 2014

Digitally signed by David R. Herndon
Date: 2014.02.07 15:59:57 -06'00'

**APPROVED:**
  **CHIEF JUDGE**
  **U. S. DISTRICT COURT**